DYLAN RUGA (SBN 235969)
JI-IN LEE HOUCK (SBN 280088)
STALWART LAW GROUP
1100 Glendon Ave., Suite 1840
Los Angeles, California 90024
Telephone: (310) 954-2000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH EUGENE SIMON, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>ONIKA TANYA MARAJ, p/k/a NICKI MINAJ, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware Corporation; and DOES 1-10, inclusive<br>Defendant(s). | CASE NUMBER<br><br>18-cv-3671   GW (RAOx)<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

July 14, 2018                               *[signature]*
*Date*                                      *Signature of Attorney/Party*

NOTE: **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

**F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.